JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-09619-ODW (AFMx) | Date | March 21, 2022 |
|---|---|---|---|
| Title | *Luz Zendejas v. Reseda 8549, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

    Pursuant to Plaintiff's Notice of Voluntary Dismissal, (ECF No. 15), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                           : 00

Initials of Preparer    SE